EDELSTEIN v. PINNACLE INN CONDOMINIUM OWNERS' ASSN.

[103 N.C. App. 86 (1991)]

DR. A. J. EDELSTEIN AND GERRY EDELSTEIN AND RICHARD LAVALLEE AND CHARLENE LAVALLEE, PLAINTIFF v. THE PINNACLE INN AND COUNTRY CLUB CONDOMINIUM OWNERS' ASSOCIATION, INC. D/B/A THE PINNACLE (A NORTH CAROLINA NON-PROFIT CORPORATION), DEFENDANT

No. 9024DC1128

(Filed 21 May 1991)

**Appeal and Error § 341 (NCI4th)— failure to set out assignments of error—appeal dismissed**

Defendant's appeal is dismissed where it failed to set out the assignments of error in its brief or in the record in violation of N.C.R. App. P. 9(a)(1)(k) and 28(b)(5).

**Am Jur 2d, Appeal and Error §§ 417 et seq.**

APPEAL by defendant from judgment filed 12 March 1990 in AVERY County District Court by *Judge C. Philip Ginn.* Heard in the Court of Appeals 14 May 1991.

*No brief filed for plaintiff-appellees.*

*John M. Wright for defendant-appellant.*

GREENE, Judge.

The defendant appeals from an order filed 12 March 1990 wherein the trial court ruled that the defendant had not complied with N.C.G.S. § 47A-20 (1984). We do not reach the merits of this appeal.

North Carolina Appellate Rule 10(a) provides that "the scope of review on appeal is confined to a consideration of those assignments of error set out in the record on appeal . . . ." Because the record does not contain any assignments of error, there is nothing for this Court to review. By not including assignments of error in the record, the defendant violated N.C.R. App. P. 9(a)(1)(k) which requires assignments of error to be set out in the record. Furthermore, even assuming that the defendant had set forth its assignments of error in the record, because the defendant did not set out the assignments of error in its brief, the defendant abandoned its assignments of error. N.C.R. App. P. 28(b)(5).

Because of the defendant's·substantial failure to comply with the rules of appellate procedure, we dismiss this appeal. N.C.R. App. P. 25(b) and 34(b)(1).

Dismissed.

Judges EAGLES and LEWIS concur.